UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ATLANTIC RECORDING CORPORATION, a Delaware corporation; LONDON-SIRE RECORDS INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

Case No.: 3:06-cv-00505-LAC-MD

    Plaintiffs,

v.

SUSANNAH MOORE,

    Defendant.

### DEFAULT JUDGMENT AND PERMANENT INJUNCTION

  Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

Plaintiffs' Application For Default Judgment By The Court is hereby granted.

  1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten sound

recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

> "I'm Sensitive," on album "Pieces of You," by artist "Jewel" (SR# 198-481);
> "Just Can't Get Enough," on album "Speak & Spell," by artist "Depeche Mode" (SR# 33-212);
> "Kiss From A Rose," on album "Seal," by artist "Seal" (SR# 194-147);
> "Heart of Glass," on album "Parallel Lines," by artist "Blondie" (SR# 4-090);
> "Cold Hearted," on album "Forever Your Girl," by artist "Paula Abdul" (SR# 93-688);
> "Water Runs Dry," on album "II," by artist "Boyz II Men" (SR# 196-004);
> "The New Pollution," on album "Odelay," by artist "Beck" (SR# 222-917);
> "Paradise City," on album "Appetite for Destruction," by artist "Guns N Roses" (SR# 85-358);
> "Carrion," on album "Tidal," by artist "Fiona Apple" (SR# 227-923);
> "Dirty Diana," on album "Bad," by artist "Michael Jackson" (SR# 84-256);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or

any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**ORDERED** on this 17th day of August, 2007.


                                                    s/*L.A. Collier*
                                                    Lacey A. Collier
                                              Senior United States District Judge